**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 04-6542**

———————

BERNARD L. MACK,

                                        Petitioner - Appellant,

        versus

WARDEN, Lieber Correctional Institution; HENRY
MCMASTER, Attorney General of South Carolina,

                                        Respondents - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.  Terry L. Wooten, District Judge.
(CA-03-2238-25BD)

———————

Submitted:  October 27, 2004      Decided:  November 17, 2004

———————

Before WILKINSON, LUTTIG, and KING, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Bernard L. Mack, Appellant Pro Se. Donald John Zelenka, Chief
Deputy Attorney General, Columbia, South Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Bernard L. Mack appeals from the denial of his 28 U.S.C. § 2254 (2000) petition by the district court. An appeal may not be taken to this court from the final order in a § 2254 proceeding unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A prisoner satisfies this standard by demonstrating that jurists of reason would find that his constitutional claims are debatable and that any dispositive procedural rulings by the district court are also debatable or wrong. See Miller-El v. Cockrell, 537 U.S. 322, 336 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000); Rose v. Lee, 252 F.3d 676, 683 (4th Cir. 2001).

We have reviewed the record and conclude that Mack has not made the requisite showing. We therefore deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED